UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of
Deeds and Representative of BRANCH
COUNTY, both as Class Representatives
of all 83 counties in the State of Michigan,

      Plaintiffs,

      Case No. 1:12-cv-174

v.

      HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

      Defendants.
_____/

### MEMORANDUM OPINION AND ORDER

On March 28, 2012, Plaintiff filed a motion to remand this case to state court. (Dkt. No. 27.) In the interest of efficiency, it is hereby **ORDERED** that all defendants' time to respond to Plaintiffs' complaint is extended to twenty-one (21) days following entry of an order deciding Plaintiffs' motion to remand.

Dated: April 4, 2012         /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE