UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY HUTCHINS, et al.,

      Plaintiffs,                        Case No. 1:12–cv–00174–RHB

v.                                      Hon. Robert Holmes Bell

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

      Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Rule 16 Scheduling Conference set in this matter for **November 14, 2012** is hereby **adjourned without date.**

                                      ROBERT HOLMES BELL
                                      United States District Judge

Dated:  October 12, 2012        By:  /s/ Susan Driscoll Bourque
                                            Case Manager