UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CURTIS HERTEL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of Deeds**     Case No. 1:12-cv-00174
**and Representative of BRANCH COUNTY,
both as Class Representatives of all 83 counties**     Hon. Robert Holmes Bell
**in the State of Michigan,**

     **Plaintiffs,**

**-vs-**

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCORP, INC., JEANNE KIVI,
ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA, N.C.,
JP MORGAN CHASE & CO., CHASE HOME MORTGAGE
CORPORATION f/k/a CHASE HOME FINANCE,
WELLS FARGO BANK, N.A., CITIMORTGAGE, INC.,
ETITLE AGENCY, INC., 1ST CHOICE TITLE SERVICES, INC.,
ATTORNEYS TITLE AGENCY f/k/a WARRANTY TITLE
AGENCY, LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,
And JOHN DOE as any Other authorized signers for
MERS or MERSCORP, INC., and Defendants JOHN DOE Corporations I-MMM,**

     **Defendants.**

___

### DEFENDANT ETITLE AGENCY, INC.'S JOINDER IN DEFENDANT ATTORNEYS TITLE AGENCY, LLC'S MOTION TO DISMISS

Defendant eTitle Agency, Inc. ("eTitle") hereby joins in the Motion to Dismiss filed by Defendant Attorneys Title Agency, LLC (Dkt. #52). The arguments raised by Attorneys Title Agency, LLC in its Motion applies equally to eTitle, because these two Defendants are similarly situated both factually and legally. eTitle therefore joins, concurs and relies upon the authority and arguments presented in Attorneys Title Agency, LLC's Motion, and requests the Court dismiss it from this lawsuit.

1

Respectfully submitted,

Dated: October 12, 2012 */s/ Timothy B. Myers*
Timothy B. Myers (P48152)
Attorney for Defendant eTitle Agency
1650 W. Big Beaver Road
Troy, MI 48084
248 502 1362
tmyers@orlans.com

**CERTIFICATE OF SERVICE**

      I certify that on October 12, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

*/s/ Timothy B. Myers*
Timothy B. Myers (P48152)
Attorney for Defendant eTitle Agency
1650 W. Big Beaver Road
Troy, MI 48084
248 502 1362
tmyers@orlans.com