UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTELL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,
both as Class Representatives of all 83 counties
in the State of Michigan,

                        Plaintiffs,         Case No. 1:12-cv-00174

v.                                                  HON.  ROBERT HOLMES BELL

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCROPR, INC., JEANNE KIVI,
ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA, N.C.
JP MORGAN CHASE & CO., CHASE HOME MORTGAGE
CORPORATION f/K/a/CHASE HOME FINANCE, WELLS
FARGO BANK, N.A., CITIMORTGAGE, INC., ETITLE AGENCY,
LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,
And JOHN DOE as any Other authorized signer for MERS
or MERSCROP, INC., and Defendants JOHN DOE Corporations I-MMM,

                        Defendants.

_____

**CONCURRENCE AND JOINDER BY MARSHALL ISAACS AND ORLANS ASSOCIATES, P.C. TO E-TITLE AGENCY'S MOTION TO DISMISS**

      NOW COMES the Defendants, **MARSHALL ISAACS**, and **ORLANS ASSOCIATES, P.C.**,

and hereby concur and join the Defendant's eTitle Agency, Inc.'s Motion to Dismiss.

Respectfully submitted,
/S/GERALD V. PADILLA                /S/ TIMOTHY B. MYERS
PADILLA • KOSTOPOULOS            ORLANS ASSOCIATES, PC
**GERALD V. PADILLA (P24921)**        **TIMOTHY B. MYERS (P48152)**
Attorney for Plaintiff                    Attorney for Defendant ETitle Agency
1821 W. Maple Road                    1650 W. Big Beaver Road
Birmingham, MI 48009                P.O. Box 5041
(248) 593-0300                           Troy, MI 48007

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument along with a Certificate of Service was electronically filed on October 16, 2012 with the U.S. Western District Court's e-filing system which will send notification of such filing to all attorneys of record.

/S/ LAURA J. ZERILLO