UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds and
Representative of INGHAM COUNTY; and
NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,     Case No. 1:12-cv-00174
both as Class Representatives of all 83
counties in the State of Michigan,     Hon. Robert Holmes Bell

           Plaintiff,

    v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCORP, INC., JEANNE
KIVI, ELLEN COON, MARSHALL ISAACS,
BANK OF AMERICA N.A., JP MORGAN CHASE &
CO., CHASE HOME MORTGAGE CORPORATION
f/k/a CHASE HOME FINANCE, WELLS FARGO
BANK, N.A., CITIMORTGAGE INC., eTITLE
AGENCY INC., 1ST CHOICE TITLE SERVICES
INC., ATTORNEYS TITLE AGENCY LLC, f/k/a
WARRANTY TITLE AGENCY LLC, and FEDERAL
NATIONAL MORTGAGE ASSOCIATION, and
JOHN DOE as any other authorized signers for MERS
or MERSCORP, INC., and Defendants JOHN DOE
Corporations I – MMM,

           Defendants.

## BRIEF IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

In support of its Motion, Chase relies on the statement therein and in further support, relies on FED. R. CIV. P. 16(b) and W.D. Mich. L. Civ. R. 16.1, and the pleadings and records on file with the Court.

      Respectfully submitted,

    **DYKEMA GOSSETT PLLC**

*/s/ Aaron L. Vorce*
Joseph H. Hickey (P41664)
Aaron L. Vorce (P68797)
Dykema Gossett PLLC
Capitol View
201 Townsend Street, Suite 900
Lansing, MI 48933
Dated:  October 16, 2012    (517) 374-9100
jhickey@dykema.com
Avorce@dykema.com

*Attorneys for JPMorgan Chase Bank, N.A*