UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds and
Representative of INGHAM COUNTY; and
NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,                    Case No. 1:12-cv-00174
both as Class Representatives of all 83
counties in the State of Michigan,                     Hon. Robert Holmes Bell

        Plaintiff,

    v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCORP, INC., JEANNE
KIVI, ELLEN COON, MARSHALL ISAACS,
BANK OF AMERICA N.A., JP MORGAN CHASE &
CO., CHASE HOME MORTGAGE CORPORATION
f/k/a CHASE HOME FINANCE, WELLS FARGO
BANK, N.A., CITIMORTGAGE INC., eTITLE
AGENCY INC., 1ST CHOICE TITLE SERVICES
INC., ATTORNEYS TITLE AGENCY LLC, f/k/a
WARRANTY TITLE AGENCY LLC, and FEDERAL
NATIONAL MORTGAGE ASSOCIATION, and
JOHN DOE as any other authorized signers for MERS
or MERSCORP, INC., and Defendants JOHN DOE
Corporations I – MMM,

        Defendants.

_____

## ORDER GRANTING DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT

       This matter having come before the Court on Defendant JPMorgan Chase Bank,

N.A.'s Motion to Extend Time to File Response to Complaint, and the Court being

advised in the premises:

       **IT IS HEREBY ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s

Motion to Extend Time to File Response to Complaint is GRANTED; and

**IT IS FURTHER ORDERED** that Defendants' time to respond to Plaintiffs' Complaint is extended to thirty (30) days following the later of (i) entry of an order(s) deciding the State Plaintiffs' motion to intervene, or (ii) Plaintiffs' filing of a voluntary dismissal of its claims under the State Real Estate Transfer Tax Act, MICH. COMP. LAWS §§ 207.521 *et seq.*, or an amended complaint.

Hon. /s/ Robert Holmes Bell
_____
Hon. Robert Holmes Bell

Dated: October 17 , 2012.            United States District Court Judge

2