UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of
Deeds and Representative of BRANCH
COUNTY, both as Class Representatives
of all 83 counties in the State of Michigan,

       Plaintiffs,

Case No. 1:12-CV-174

v.

HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL OF MARSHALL ISAACS

The Court having issued an Opinion regarding remand to Ingham County Circuit Court and the Court being advised in the premises therein, for the reasons set forth in said Opinion,

**IT IS ORDERED THAT** Defendant Marshall Isaacs be and the same is dismissed with prejudice.

Date:  October 23, 2012        /s/ Robert Holmes Bell
                                              ROBERT HOLMES BELL
                                              UNITED STATES DISTRICT JUDGE