UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of
Deeds and Representative of BRANCH
COUNTY, both as Class Representatives
of all 83 counties in the State of Michigan,

       Plaintiffs,

       Case No. 1:12-CV-174

v.

       HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., et al.,

       Defendants.
_____/

## NOTICE

Notice is hereby given that any party wishing to respond to the motion to intervene (docket #26) shall do so no later than **November 5, 2012**.

Date:  October 24, 2012       /s/ Robert Holmes Bell
       ROBERT HOLMES BELL
       UNITED STATES DISTRICT JUDGE