# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OAKLAND COUNTY,
a municipal corporation, and
ANDREW E. MEISNER,
Oakland County Treasurer,

    Plaintiffs,

vs.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
a federally chartered corporation, and
FEDERAL HOME LOAN
MORTGAGE CORPORATION,
a federally chartered corporation,

    Defendants.

Case No.:
Hon.

| | |
|---|---|
| WILLIAM H. HORTON (P31567)<br>Attorney for Plaintiffs<br>GIARMARCO, MULLINS & HORTON, P.C.<br>Tenth Floor Columbia Center<br>101 West Big Beaver Road<br>Troy, Michigan 48084-5280<br>(248) 457-7000 | KENNETH J. ROBINSON (P19525)<br>Co-Counsel for Plaintiffs<br>39577 Woodward Avenue, Suite 300<br>Bloomfield Hills, Michigan 48304<br>(313) 530-1122 |
| KEITH J. LERMINIAUX (P30190)<br>Co-Counsel for Plaintiffs<br>OAKLAND COUNTY MICHIGAN<br>Department of Corporation Counsel<br>1200 N. Telegraph Road, Dept. 419<br>Pontiac, Michigan 48341-0419<br>(248) 858-0557 | |

## COMPLAINT

GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW
Tenth Floor Columbia Center ▾ 101 West Big Beaver Road ▾ Troy, Michigan 48084-5280 ▾ P: (248) 457-7000 ▾ F: (248) 457-7001 ▾ www.gmhlaw.com

07/11/2011 10:48 FAX ☒003
Case 1:12-cv-00174-RHB Doc #63-1 Filed 11/05/12 Page 3 of 11 Page ID#629
2:11-cv-12666-VAR-LJM Doc # 1 Filed 06/20/11 Pg 2 of 4 Pg ID 2

GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW
Tenth Floor Columbia Center ▼ 101 West Big Beaver Road ▼ Troy, Michigan 48084-5280 ▼ P: (248) 457-7000 ▼ F: (248) 457-7001 ▼ www.gmhlaw.com

NOW COME Plaintiffs and complain of Defendants as follows:

1. Plaintiff Oakland County is a Michigan municipal corporation. Plaintiff Andrew E. Meisner is the Treasurer of Oakland County. Defendant Federal National Mortgage Association ("Fannie Mae") is a federally chartered corporation with its principal place of business in Washington D.C. Defendant Federal Home Loan Mortgage Corporation ("Freddie Mac") is a federally chartered corporation with its principal place of business in McLean, Virginia. The parties are citizens of different states and the amount in controversy exceeds $75,000. As a result, this Court has jurisdiction pursuant to 28 USC §1332.

2. In addition, this case requires the interpretation of federal law in order to adjudicate Plaintiffs' state law claims. As a result, this Court has jurisdiction pursuant to 28 USC §1331.

3. Plaintiffs are located in this judicial district, Defendants do business in this judicial district and Plaintiffs' claim arises out of Defendants' activities in this district. As a result, venue is proper in this district.

4. Pursuant to Michigan statute, the grantor in a real estate transaction in Oakland County is to pay to Plaintiffs a real estate transfer tax for the privilege of recording various documents with the County Register of Deeds (the "Transfer Tax").

5. Defendants have been the grantors in many real estate transactions in Oakland County which they have recorded with the Register of Deeds and have not paid the Transfer Tax.

6. Defendants have not paid the Transfer Tax because they have claimed on the face of the documents they have recorded that the transaction is exempt from the Transfer

2

Tax. They sometimes claim the transaction is exempt because they are government entities and, under Michigan statute, government entities are exempt. Other times they claim they are exempt pursuant to federal statute. An example of a deed given by Defendant Fannie Mae is attached as Exhibit A. An example of a deed given by Defendant Freddie Mac is attached as Exhibit B.

7. Neither claimed exemption applies. Defendants are federally chartered private corporations and not government entities. Defendants' federal law exemption from certain taxes does not include the Transfer Tax.

8. Defendants have failed the pay the Transfer Tax as required by law. As a proximate result, Plaintiffs have been damaged. Among other things, Plaintiffs are entitled to the Transfer Tax that should have been paid and statutory interest for failure to pay the Transfer Tax pursuant to Michigan statute and law.

9. The claim by Defendants that they are exempt from the Transfer Tax was either negligent, intentional or intended to defraud and Plaintiffs are entitled to the penalties prescribed by Michigan statute and law.

WHEREFORE, Plaintiffs pray that this Honorable Court do the following:

A. Declare that Defendants are subject to the Transfer Tax;

B. Award Plaintiffs damages in an amount to be determined by the trier of fact;

C. Award Plaintiffs statutory interest and penalties;

D. Award Plaintiffs their costs, prejudgment interest and attorney fees; and

E. Grant such other relief as is just and proper.

GIARMARCO, MULLINS & HORTON, P.C.
ATTORNEYS AND COUNSELORS AT LAW
Tenth Floor Columbia Center ▼ 101 West Big Beaver Road ▼ Troy, Michigan 48084-5280 ▼ P: (248) 457-7000 ▼ F: (248) 457-7001 ▼ www.gmhlaw.com

GIARMARCO, MULLINS & HORTON, P.C.

By: /s/ William H. Horton
    WILLIAM H. HORTON (P31567)
    Attorney for Plaintiffs
    101 West Big Beaver Road, Tenth Floor
    Troy, Michigan 48084-5280
    (248) 457-7000
    bhorton@gmhlaw.com

Date: June 20, 2011

## INDEX OF EXHIBITS

A    Example of deed given by Fannie Mae

B    Example of deed given by Freddie Mac

Case 1:12-cv-00174-RHB Doc #63-1 Filed 11/05/12 Page 7 of 11 Page ID#633
07/11/2011 10:49 FAX ☒007
2:11-cv-12666-VAR-LJM Doc # 1-2 Filed 06/20/11 Pg 1 of 2 Pg ID 6

# EXHIBIT A

Case 1:12-cv-00174-RHB Doc #63-1 Filed 11/05/12 Page 8 of 11 Page ID#634
07/11/2011 10:49 FAX ☒008
2:11-cv-12666-VAR-LJM Doc # 1-2 Filed 06/20/11 Pg 2 of 2 Pg ID 7

NOT EXAMINED LIBER 41031 PG 043

54301
LIBER 41031 PAGE 43
$16.00 DEED - COMBINED
$4.00 REMONUMENTATION
04/03/2009 09:18:27 A.M. RECEIPT# 26374

**OAKLAND COUNTY TREASURERS CERTIFICATE**
I HEREBY CERTIFY that there are no TAX LIENS or TITLES held by the state or any individual against the within description and all TAXES on same are paid for five years previous to the date of this instrument as appears by the records in the office except as stated.

APR 03 2009

PATRICK M. DOHANY, County Treasurer
1.00    Sec. 135, Act 206, 1893 as amended

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

REO #C067587

### SPECIAL WARRANTY DEED

This Deed is from Fannie Mae, a/k/a, FEDERAL NATIONAL MORTGAGE ASSOCIATION, a corporation organized and existing under the laws of the United States, having its principal office in the City of Washington, D.C., ("Grantor") Richard C. Henderson, a Single Man whose address is 3899 Virginia Dr Troy, MI 4(0)8? ("grantee") and to Grantee's heirs and assigns.

For value received, Grantor hereby grants, remises, aliens and conveys unto Grantee, and to Grantee's heirs and assigns forever, but without recourse, representation or warranty, except as expressed herein, all of Grantor's right, title and interest in and to that certain tract of parcel of land situated in the County of Oakland, State of Michigan, described as follows (the "Premises"):

See attached Exhibit "A" for legal description and Exhibit "B" for restrictions

And Grantor, for itself and its successors does covenant, promise and agree, to and with Grantee, Grantee's heirs and assigns, that Grantor has not done or suffered to be done anything whereby the Premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that Grantor will warrant and forever defend title to the Premises, against all persons lawfully claiming or who may claim the same, by, through or under Grantor but not otherwise.

Grantor is exempt from all taxation imposed by any state, county, municipality, or local taxing authority, except for real property taxes. Thus, Grantor is exempt from any and all transfer taxes. See, 12 U.S.C. 1723a (c) (2). MCLA 207.505 (h) (i) & MCLA 207.526(h)(i)

If the land being conveyed is unplatted, the following is deemed to be included: "This property may be located within the vicinity of farmland or a farm operation. Generally accepted agricultural and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan right to farm act."

In consideration of $ 55,000.00 "This instrument is exempt from Michigan Transfer Tax Pursuant to Mich. State. Ann Section 7.456 (5) (h) (1982)."

Date: March 25, 2009

FEDERAL NATIONAL MORTGAGE ASSOCIATION

Cheryl Young
Vice President

Brandon Carter
Assistant Secretary

STATE OF TEXAS )
                )SS
COUNTY OF DALLAS)

The foregoing instrument was acknowledged and prepared before me, a notary public commissioned in Dallas County, Texas the 25 day of March, 2009, by Cheryl Young, Vice President, and Brandon Carter, Assistant Secretary, of Federal National Mortgage Association, a United States Corporation, 14221 Dallas Parkway, Suite 1000, Dallas, Texas 75254, on behalf of the corporation.

Notary Public

CHRISTY GRENNIER
Notary Public, State of Texas
My Commission Expires
September 21, 2011

Return recorded deed to Richard C. Henderson
Drafted by: Cheryl D. Young
Federal National Mortgage Assoc.
14221 Dallas Parkway, International Plaza II
Ste. 1000
Dallas, TX 75254

O.K. - LG

2009 APR -2 PM 10:31

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS

Metropolitan

MW-147265 Ro-

# EXHIBIT B

PAID P[RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

JAN 03 2008

000171    PATRICK M. DOHANY, County Treasurer
1.00    Res. 185, Act 206, 1968 as amended

DEED "C"

KNOW ALL MEN BY THESE PRESENTS: Federal Home Loan Mortgage Corporation by Trott & Trott P.C. as attorney-in-fact whose Power Of Attorney is recorded in Liber 28752 Page(s) 727, Oakland County Records. ("Grantor") whose address is 5000 Plano Parkway, Carrollton, TX 75010.

Convey(s) to Mark Taul and Stephanie Taul, husband and wife ("Grantee") whose address: 18110 Buckingham Ave, Beverly Hills, MI 48025.

The following described premises situated in the Village of Beverly Hills, County of Oakland, State of Michigan, to-wit:

Unit No. 40, Village Pines Condominium, according to the Master Deed recorded in Liber 8935, Pages 367 through 416, Inclusive, First Amendment recorded in Liber 9250, Pages 559 through 577, Inclusive, Second Amendment recorded in Liber 9504, Pages 507 through 530, Inclusive, Third Amendment recorded in Liber 9812, Pages 828 through 842, Inclusive, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 402, together with rights in general common elements and limited common elements, as set forth in the above described Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.

9000402

Commonly Known as: 22170 Orchard Way Unit 40    Parcel ID: TH-24-04-276-066

For the full consideration of Three Hundred Fifty Thousand and 00/100 ($350,000.00) Dollars.

Subject to the existing building and use restrictions, easements, and zoning ordinances and other matter as set forth in the above described Master Deed (and Amendments thereto) and Statute, and further subject to rights of others in and to the general common elements and limited common elements.. The Grantor covenants and agrees that the grantor has not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Exempt From State Transfer Tax under MCL 207.526 (h) (I)
Exempt From County Transfer Tax under MCL 207.505 (h) (I)

Dated this 26th day of December, 2007

RECEIVED
JAN 09 2008
Ruth Johnson Register of Deeds
Oakland County, MI

CHECKING COMPLETED
AT REGISTER OF DEEDS
JAN 09 2008
Ruth Johnson Register of Deeds
Oakland County, MI

Signed and Sealed

Federal Home Loan Mortgage Corporation by Trott & Trott P.C. as attorney-in-fact whose Power Of Attorney is recorded in Liber 28752, Page(s) 727, Oakland County Records.

By _____ (L.S.)
Marcy Ford
Title: Attorney in fact

STATE OF (MICHIGAN)
COUNTY OF (OAKLAND)

The foregoing instrument was acknowledged before me this 26th day of December, 2007 by Marcy Ford Title Attorney in fact of Federal Home Loan Mortgage Corporation by Trott & Trott P.C. as attorney-in-fact whose Power Of Attorney is recorded in Liber 28752 Page(s) 727, Oakland County Records.

N. BAKER
NOTARY PUBLIC, STATE OF MI
COUNTY OF MACOMB
MY COMMISSION EXPIRES Jan 16, 2012
ACTING IN COUNTY OF Oakland

Notary Public: N Baker
Notary County/State Macomb / MI
Commission Expires: 1-16-12

Page 2 of 2

Instrument
Drafted by ___Erin Raff, Esq.___

Business  Attorneys Title LLC /REO Dept:
Address   31440 Northwestern Hwy Ste 150
          Farmington Hills, MI 48334

Recording Fee _____           Send subsequent tax bill and recorded deed to:
State Transfer Tax Exempt            Mark and Stephanie Taul
County Transfer Tax Exempt           22170 Orchard Way
                                     Beverly Hills, MI 48025
#07-84839