UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, et al.

    Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
et al.,

    Defendants.
_____/

File No. 1:12-CV-174

HON. ROBERT HOLMES BELL

## ORDER TO SHOW CAUSE

IT IS ORDERED that plaintiffs show cause in writing by **November 19, 2012**, why defendant 1st Choice Title Services, Inc. should not be dismissed for plaintiffs' failure to properly serve 1st Choice Title Services, Inc. within l20 days as required by Rule 4(m) of the Federal Rules of Civil Procedure.

Date: November 8, 2012

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE