UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, et al.,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
et al.,

    Defendants.
_____/

File No. 1:12-CV-174

HON. ROBERT HOLMES BELL

# O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Michigan Attorney General and Michigan Department of Treasury's motion to intervene (Dkt. No. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that the Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation's motion to intervene (Dkt. No. 63) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Housing Finance Agency, Federal National Mortgage Association, and Federal Home Loan Mortgage Corporation's motion for leave to file (Dkt. No. 73) is **DENIED AS MOOT**.

Dated: December 18, 2012

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE