IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

CURTIS HERTEL, the Register of Deeds and
Representative of INGHAM COUNTY; and
NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,
both as Class Representatives of all 83
counties in the State of Michigan,

        Plaintiff,

  v.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCORP, INC., JEANNE
KIVI, ELLEN COON, MARSHALL ISAACS,
BANK OF AMERICA N.A., JP MORGAN CHASE &
CO., CHASE HOME MORTGAGE CORPORATION
f/k/a CHASE HOME FINANCE, WELLS FARGO
BANK, N.A., CITIMORTGAGE INC., eTITLE
AGENCY INC., 1ST CHOICE TITLE SERVICES INC.,
ATTORNEYS TITLE AGENCY LLC, f/k/a
WARRANTY TITLE AGENCY LLC, and FEDERAL
NATIONAL MORTGAGE ASSOCIATION, and JOHN
DOE as any other authorized signers for MERS or
MERSCORP, INC., and Defendants JOHN DOE
Corporations I – MMM,

        Defendants.

Case No. 12-00174
Hon. Robert Holmes Bell

_____

**WELLS FARGO BANK, N.A.'S MOTION TO DISMISS**

       Defendant, Wells Fargo Bank, N.A., by its counsel, Plunkett Cooney, moves under Federal Rule of Civil Procedure 12(b)(6), to dismiss all claims against it in the Complaint filed by Plaintiffs Curtis Hertel, Jr. as the Register of Deeds and Representative of Ingham County and Nancy Hutchins, as the Register of Deeds and Representative of Branch County (together "Plaintiffs").

The Court should grant the Motion for several reasons. Most fundamentally, Plaintiffs lack the power to file a lawsuit with respect to uncollected taxes because that power has not been conferred on them by statute. Dismissal is also required because no private right of action exists for violation of the real estate transfer tax statutes on which Plaintiffs claim relief. Finally, the Complaint is devoid of the factual allegations necessary to raise a right to relief beyond the speculative level. The Complaint's bare assertions and legal conclusions do not state a claim that is plausible on its face.

In support of its motion, Defendant relies upon the attached brief. Pursuant to Local Rule 7.1(d), on January 17, 2013, Defendant's counsel attempted to contact Plaintiffs' counsel, Daniel P. Marsh, by telephone to explain the nature of this Motion but was not able to obtain concurrence in the relief sought.

WHEREFORE, Defendant, Wells Fargo Bank, N.A. respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice, and award any further relief the Court deems just and reasonable under the circumstances.

Respectfully submitted,

/s/ Matthew J. Boettcher
Matthew J. Boettcher (P40929)
Attorney for Wells Fargo Bank, N.A.
Plunkett Cooney
38505 Woodward Ave.
Suite 2000
Bloomfield Hills, MI 48304
Direct Dial: (248) 901-4035
E-Mail: mboettcher@plunkettcooney.com

Date: January 17, 2013

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record via ECF E-Filing System on January 17, 2013.

BY:

Signature: /s/ Matthew J. Boettcher