**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

CURTIS HERTEL, the Register of Deeds and Representative of INGHAM COUNTY; and NANCY HUTCHINS, the Register of Deeds and Representative of BRANCH COUNTY, both as Class Representatives of all 83 counties in the State of Michigan,

      Plaintiff,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERSCORP, INC., JEANNE KIVI, ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA, N.A., JPMORGAN CHASE & CO., CHASE HOME MORTGAGE CORPORATION f/k/a CHASE HOME FINANCE, WELLS FARGO BANK, N.A., CITIMORTGAGE INC., eTITLE AGENCY INC., ATTORNEYS TITLE AGENCY LLC, f/k/a WARRANTY TITLE AGENCY LLC, and FEDERAL NATIONAL MORTGAGE ASSOCIATION, and JOHN DOE as any other authorized signers for MERS or MERSCORP, INC., and Defendants JOHN DOE Corporations I – MMM,

      Defendants.

Case No. 1:12-cv-00174

Hon. Robert Holmes Bell
United States District Court Judge

---

## **DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc., Bank of America, N.A., JPMorgan Chase Bank, N.A., and CitiMortgage, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(6), move for an order dismissing with prejudice the Complaint of Curtis Hertel, the Register of Deeds and Representative of Ingham County; and Nancy Hutchins, the Register of Deeds and Representative of Branch County (the "Complaint").

In accordance with W.D. Mich. L. Civ. R. 7.1(d), Defendants' counsel communicated with Plaintiffs' counsel via e-mail regarding this Motion. Plaintiffs' counsel confirmed that the Motion will be opposed.

As set forth in greater detail in the brief in support filed in conjunction with this Motion, and incorporated herein by reference, the Complaint should be dismissed for failure to state a claim upon which relief can be granted.

Dated: January 17, 2013

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron L. Vorce<br>Joseph H. Hickey (P41664)<br>Aaron L. Vorce (P68797)<br>Dykema Gossett PLLC<br>Capitol View<br>201 Townsend Street, Suite 900<br>Lansing MI 48933<br>Tel: (517) 374-9100<br>jhickey@dykema.com<br>avorce@dykema.com<br><br>*Of Counsel:*<br><br>Mary Beth Hogan<br>DEBEVOISE & PLIMPTON LLP<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: 212.909.6996<br>Facsimile: 212.909.6836<br>mbhogan@debevoise.com<br><br>*Attorneys for Defendant JPMorgan Chase Bank, N.A.* | /s/ Joseph F. Yenouskas<br>Brian C. Summerfield (P57514)<br>BODMAN PLC<br>201 W. Big Beaver Road, Suite 500<br>Troy, MI 48084<br>(248) 743-6000<br>bsummerfield@bodmanlaw.com<br><br>Thomas M. Hefferon<br>Joseph F. Yenouskas<br>GOODWIN PROCTER LLP<br>901 New York Avenue NW<br>Washington, DC 20001<br>(202) 346-4000<br>thefferon@goodwinprocter.com<br>jyenouskas@goodwinprocter.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |

2

| | |
|---|---|
| /s/ Thomas V. Panoff<br>Thomas V. Panoff (P68416)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 701-8821<br>Facsimile: (312) 706-8297<br>tpanoff@mayerbrown.com<br><br>*Attorneys for Defendant CitiMortgage, Inc.* | /s/ Brian C. Summerfield (*w/ permission*)<br>Brian C. Summerfield (P57514)<br>Bodman PLC<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, Michigan 48226<br>Tel: (313) 259-7777<br>bsummerfield@bodmanlaw.com<br><br>*Of Counsel*:<br><br>Robert M. Brochin<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, Florida 33131-2339<br>Tel: (305) 415-3456<br>rbrochin@morganlewis.com<br><br>*Attorneys for Defendants MERSCORP, Inc. n/k/a MERSCORP Holdings, Inc. and Mortgage Electronic Registration Systems, Inc.* |

3

LAN01\287659.1
ID\ALV - 008241\1066