UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL, the Register of Deeds and
Representative of INGHAM COUNTY; and
NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,
both as Class Representatives of all 83 counties
in the State of Michigan,

       Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
MERSCORP, INC., BANK OF AMERICA
N.A.; J.P. MORGAN CHASE & CO., CHASE
HOME MORTGAGE CORPORATION f/k/a
CHASE HOME FINANCE, WELLS FARGO
BANK, N.A., CITIMORTGAGE INC., and
JOHN DOE as any other authorized signers for
MERS or MERSCORP, INC., and Defendants
JOHN DOC Corporations I – MMM,

       Defendants.
_____

Case No. Case No. 1:12-cv-00174

Hon. Robert Holmes Bell

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS BY
INTERVENOR-DEFENDANTS FEDERAL
<u>HOUSING FINANCE AGENCY, FANNIE MAE, AND FREDDIE MAC</u>**

Upon consideration of the arguments submitted by the parties and the entire record in this action, the Court finds that there is no genuine is material fact and that based on the uncontroverted facts presented by the moving Intervenor-Defendants, Plaintiffs' claims against Bank of America, N.A., JP Morgan Chase & Co., Chase Home Mortgage Corporation, Chase Home Finance, Flagstar Bank, FSB, Wells Fargo Bank, N.A., CitiMortgage, Inc., Comerica Bank, Independent Bank, SSB Bank, and US Bank, N.A. fail as a matter of law.  Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss filed by Intervenor-Defendants Federal Housing Finance Agency, Fannie Mae, and Freddie Mac is GRANTED .

Hon. _____
Hon. Robert Holmes Bell
United States District Court Judge