Case 1:12-cv-00174-RHB Doc #81 Filed 01/24/13 Page 1 of 1 Page ID#952

WDMI Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 or Fed. R. Crim. P. 12.4 (4/06)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Curtis Hertel, et al.

    Plaintiff(s),

v.

MERS, et al.

    Defendant(s).
_____/

Case No. 1:12-cv-00174-RHB

Hon. Robert Holmes Bell

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to Federal Rule of Civil Procedure 7.1, __Fed. Home Loan Mortgage Corp.__ (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☑ Yes ☐ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: January 24, 2013

/s/ Michael J. Ciatti
(Signature)
KING & SPALDING LLP
Michael J. Ciatti (Va. Bar No. 40607)
*Attorney for Federal Home Loan Mortgage Corporation, Intervenor-Defendant*
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Phone: (202) 661-7828/Fax: (202) 626-3737
mciatti@kslaw.com