UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTELL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,
both as Class Representatives of all 83 counties
in the State of Michigan,

                      Plaintiffs,         Case No. 1:12-cv-00174
v.                                         HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCROPR, INC., JEANNE KIVI,
ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA, N.C.
JP MORGAN CHASE & CO., CHASE HOME MORTGAGE
CORPORATION f/K/a/CHASE HOME FINANCE, WELLS
FARGO BANK, N.A., CITIMORTGAGE, INC., ETITLE AGENCY,
LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,
And JOHN DOE as any Other authorized signer for MERS
or MERSCROP, INC., and Defendants JOHN DOE Corporations I-MMM,

                      Defendants.

---

| | |
|---|---|
| WILLIAM MAXWELL & ASSOCIATES<br>**WILLIAM E. MAXWELL, JR. (P  )**<br>Attorney for Plaintiffs Curtis Hertel and<br>Nancy Hutchins (Branch County, MI)<br>P.O. Box 701968<br>Plymouth, MI 48170<br>(734) 737-0758<br>wmaxwell@aol.com | DANIEL P. MARSH, PPLC<br>**DANIEL P. MARSH (P  )**<br>Attorney for Plaintiffs Curtis Hertel and<br>Nancy Hutchins (Branch County, MI)<br>101 W. Big Beaver Road, Ste. 1400<br>Troy, MI 48084<br>(248) 687-1600/(248) 687-1001 (fax)<br>dan@danielpmarsh.com |
| MORGAN, LEWIS & BOCKIUS, LLP<br>**ROBERT M. BROCHIN, ESQ.**<br>Attorney for Defendants Mortgage Electronic Registration Systems, Inc. (MERS) and MERSCORP, Inc.<br>200 S. Biscayne Blvd, Suite 5300<br>Miami, FL 33131-2339<br>(305) 415-3456/(305) 415-3001 (fax)<br>rbrochin@morganlewis.com | GOODWIN PROCTER, LLP<br>**JOSEPH F. YENOUSKAS, ESQ.**<br>**DANIEL E. SYTNICK ESQ.**<br>Attorney for Defendant Bank of America<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 346-4143/(202) 346-4444 (fax)<br>jyenouskas@goodwinprocter.com |

BODMAN, P.L.C.
**BRIAN C. SUMMERFIELD, (P 57514)**
Attorney for Defendant Bank of America
201 w. Big Beaver Road, Ste. 500
Troy, MI 48084
(248) 743-6000/(248) 743) 6002 (fax)
bsummerfield@boadmanlaw.com

DYKEMA GOSSETT, PPLC
**JOSEPH H. HICKEY (P41664)**
Attorney for Defendants JPMorgan Chase &
Co. & Chase Home Mortgage Corporation
39577 Woodward Ave., Ste. 300
Bloomfield Hills, MI 48304
(248) 203-0555/(248) 203-0763 (fax)
jhickey@dykema.com

MAYER BROWN, LLP
**LUCIA NALE, ESQ.**
**THOMAS V. PANOFF (P68416)**
Attorney for Defendant CitiMortgage, Inc.
71 S. Wacker Drive
Chicago, IL 60606
(312) 701 7074/ (312) 706-8663
lnale@mayerbrown.com
tpanoff@mayerbrown.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
**JOHN D. PIRICH (P23204)**
Attorney for Defendant eTitle Agency
222 N. Washington Squire, Ste. 400
Lansing, MI 48933
(517) 377-0712 / (517) 364-9512
jpirich@honigman.com

FOLEY & LARDNER, LLP
**JILL NICHOLSON, ESQ.**
Attorney for Defendant Fannie Mae
321 North Clark Street, Ste. 2800
Chicago, IL 60654-5313
(312) 832-4522 / (312) 832-4700
(312) 498-1373 (cell)
jnicholson@foley.com

dzytnick@goodwinprocter.com

DEBEVIOSE & PLIMPTON, LLP
**DINO L. LAVERGHETTA, ESQ.**
Attorney for Defendants JPMorgan Chase & Co. & Chase Home Mortgage Corporation
919 Third Avenue
New York, NY 10022
(212) 909-6665/(212) 909-6836 (fax)
(917) 443-6002(cell)
dllaverg@debevoise.com

DYKEMA GOSSETT, PPLC
**AARON L. VORCE (P68797)**
Attorney for Defendants JPMorgan Chase & Co. & Chase Home Mortgage Corp.
Capital View
201 Townsend Street, Ste. 900
Lansing, MI 48933
(517) 374-9104(517) 374-9191 (fax)
avorce@dykema.com

ORLANS ASSOCIATES, PC
**TIMOTHY B. MYERS (P48152)**
Attorney for Defendant eTitle Agency
1650 W. Big Beaver Road
P.O. Box 5041
Troy, MI 48007
tmyers@orlans.com

FOLEY & LARDNER, LLP
**ANN MAIRE UETZ (P48922)**
Attorney for Defendant Fannie Mae
500 Woodward Ave., Ste. 2700
Detroit, MI 48226-3489
(313) 234-7114 / (313) 234-2800 (fax)
(313) 384-3322 (cell)
auetz@foley.com

FOLEY & LARDNER, LLP
**DAVID B. GOROFF, ESQ.**
Attorney for Defendant Fannie Mae
321 North Clark Street, Ste. 2800
Chicago, IL 60654-5313
(312) 832-5160 / (312) 832-4700

FOLEY & LARDNER, LLP
**JONATHAN W. GARLOUGH, ESQ.**
Attorney for Defendant Fannie Mae
321 North Clark Street, Ste. 2800
Chicago, IL 60654-5313
(312) 832-5702 / (312) 832-4700
(630) 730-4141 (cell)
jgarlough@foley.com

(847) 921-1199 (cell)
dgoroff@foley.com

ARNOLD & PORTER, LLP
**MICHAEL A. F. JOHNSON, ESQ.**
Attorney for Federal Housing Finance Agency
555 Twelfth Street, NW
Washington DC 2004-1206
(202) 942-5783/ (202) 942-5999
michael.johnson@aporter.com

ARNOLD & PORTER, LLP
**ASIM VARMA, ESQ.**
Attorney for Federal Housing Finance Agency
555 Twelfth Street, NW
Washington DC 2004-1206
(202) 942-5180/ (202) 942-5999
asim.varma@aporter.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
**NICHOLAS B. GORGA, (P72297)**
Attorney for Defendants Kivi, Coon & Attorneys Title Agency, LLC
660 Woodward Ave.
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7640/(313) 465-7641
(248) 525-8789 (cell)
ngorga@honigman.com

HONIGMAN MILLER SCHWARTZ & COHN LLP
**BORCK A. SWARTZLE (P58993)**
Attorney for Defendants Kivi, Coon & Attorneys Title Agency, LLC
660 Woodward Ave.
2290 First National Building
Detroit, MI 48226-3506
(313) 465-7564/(313) 465-7641
bswartzle@honigman.com

PADILLA KOSTOPOULOS
**GERALD V. PADILLA (P24291)**
Attorney for Defendant Marshall Isaacs
1821 W. Maple Road
Birmingham, MI 48009
(248) 593-0300 / (248) 593-0301
(313) 300-7331 (cell)
gpadilla@pk-legal.com

PLUNKETT COONEY
**MATTHEW J. BOETTCHER (P40929)**
38505 Woodward Ave, Ste. 2000
Bloomfield Hills, MI 48304
(248)901-4035 / (248) 901-4040
mboettcher@plunckettcooney.com

---

## AFFIDAVIT OF GERALD V. PADILLA

STATE OF MICHIGAN  )
                                     )SS
COUNTY OF _____)

3

GERALD V. PADILLA, being first duly sworn deposes and says:

1. He is co-counsel on the above matter and tried this case to its conclusion along with Daniel V. Padilla.

2. He has been licensed to practice since April 16, 1975, and has been so licensed for the past 37 + years.

3. His practice consists mainly of litigation, and consists of trial work in over fifteen different circuit courts in the State of Michigan, as well as the Court of Claims and Federal jurisdictions in Michigan and Washington, DC.

4. He has tried cases in the Counties of Wayne, Oakland, Macomb, and the Court of Claims, USDC-ED-MI as well as Shiawassee County.

5. He has acted as a plaintiff's arbitrator, defense arbitrator, and a neutral for no fault related claims.

6. He has served as a mediator/facilitator on cases in the circuit courts for this State.

7. He was on the Board of Directors for the Negligence Law Section for the State of Michigan, and is on the board for the Aviation Law Section for the State of Michigan.

8. He is on the Judicial Qualifications Committee.

9. He has reviewed the Motion and Brief in this matter, as well as the attorney bills submitted, and the allegations made therein are true to the best of his knowledge and belief.

FURTHER, DEPONENT SAYETH NOT.

_____
GERALD V. PADILLA

Subscribed and sworn to before me this 18th day of February 2013.

_____
Notary Public
County of Oakland, State of Michigan
Acting in the County of _____
My Commission Expires: 8-10-2013

5