# EXHIBIT G



# HOME DEFENSE LEAGUE, PLC

*Daniel P. Marsh · William Maxwell · Brian Parker*

July 21, 2011

David Trott, Esq.
Trott & Trott, PC
31440 Northwestern Hwy 1650
Suite 200
Farmington Hills, MI 48334

Linda Orlans, Esq.
Orlans Associates, PC
W Big Beaver Rd
PO Box 5041
Troy, MI 48007

Re: HERTEL v BANK OF AMERICA, et al
Case No. 11-0687 CZ

Counselors:

  As the managing partners of the law firms who are defendants in the litigation above entitled, I would like to take your depositions to narrow many of the issues in this controversy. Please find attached a Notice of Deposition to do just that. As you are well aware from the written positions I have taken in the past with where I have sued both of your firms, none of what you are doing in the foreclosure by advertisement area is what the Michigan Supreme Court regards as the practice of law. I also believe that the drafting and filing of deeds of any type is clearly NOT the practice of law. Lay people do this mundane task on a daily basis in our state.

  I am interested, as will be the court, in the real party who decided to use the exemptions found on thousands of deeds allegedly drafted by your offices. I understand that certain outside businesses may be drafting deeds for you and/or the other defendants in this case and will need that information immediately.

  Please feel free to call me if you have any questions or problems in this regard. I have obviously selected these dates without consulting your schedules, but have chosen dates far enough out that you should be able to rearrange your schedules. Your anticipated cooperation in this matter is appreciated.

Home Defense League, PLC

*[signature]*
William E. Maxwell, Jr.,
Attorney At Law

WEM:blz
Encl.

101 W. BIG BEAVER RD, STE 1400, TROY, MICHIGAN 48084
Phone: 248.687.1600