# EXHIBIT R

What We Do    Trusted Attorneys    Media    MFI Blog    States We Service    Contact    

Phone: 1-888-737-6344

  


REQUEST QUOTE!
We'll answer in 24 hours


MFI-Miami
Mortgage Fraud Investgation

# Oh, oh, oh, Marshall's Cryin'

May 15, 2011 // by Steve Dibert // Michigan, Steve's Blog // No Comments

Steve Dibert, MFI-Miami

Last week, I got a voice mail from the Farmington Hills Police in suburban Detroit. The detective left a cryptic message that said, *"Mr. Dibert, can you please call me about an investigation I'm doing?"*

Intrigued, I called him back and was informed that Marshall Isaacs had filed a police report against me claiming I committed a felony. Yes, apparently the robo-signer who I've made famous over the past several months is claiming I violated MCL 750.411(s) because I posted his address on a blog I wrote back in March without his consent. He was also upset because I posted a copy of his mortgage and warranty deed when I posted a copy of the Request for Investigation I filed with the Michigan Attorney Grievance Commission.

Here is a copy of the law he claimed I violated:

> Under MCL 750.411s(2), a person is guilty of a felony for posting a message through any medium of communication, including the Internet or a computer, computer program, computer system, or computer network, or other electronic medium of communication, without the victim's consent, if all of the following apply:
>
> > The person knows or has reason to know that posting the message could cause 2 or more separate noncontinuous acts of unconsented contact with the victim.
> >
> > Posting the message is intended to cause conduct that would make the victim feel terrorized, frightened, intimidated, threatened, harassed, or molested.
> >
> > Conduct arising from posting the message would cause a reasonable person to suffer emotional distress and to feel terrorized, frightened, intimidated, threatened, harassed, or molested.
> >
> > Conduct arising from posting the message causes the victim to suffer emotional distress and to feel terrorized, frightened, intimidated, threatened, harassed, or molested.
>
> Post a message means "transferring, sending, posting, publishing, disseminating, or otherwise communicating or attempting to transfer, send, post, publish, disseminate, or otherwise communicate information, whether truthful or untruthful, about the victim." MCL 750.411s(8)(i). Emotional distress means "significant mental suffering or distress that may, but does not necessarily, require medical or other professional treatment or counseling." MCL 750.411s(8)(g).

Apparently, Marshall Isaacs thinks hordes of pissed off foreclosed homeowners are going to terrorize his family reminiscent of a 1930s monster movie where the villagers would storm a laboratory of the local mad scientist with barking dogs, pitch forks and torches yelling, "KILL THE BEAST, KILL THE BEAST!"

I told the detective all the sordid details of my ongoing investigation of alleged fraudulent activity being done by Marshall Isaacs and his pals over at Orlans Associates and that it now involves Register of Deeds offices in multiple states. I told the detective that this is frivolous and was only done in retaliation because I filed request for investigations with the Michigan Attorney Grievance Commission and with the Michigan Attorney General's office because his firm was filing fraudulent documents with county Register of Deeds offices across Michigan.

I told this detective that Marshall Isaacs' address is a matter of public record and its something anybody can get at

**MFI Blog Categories**

Connecticut

Florida

Maryland

Massachusetts

Michigan

New Hampshire

New Jersey

New Mexico

New York

Pennsylvania

Virginia

Washington, D.C.

Wisconsin

**Do you think you are a victim of fraud?**

**Click Here to Contact Us!**
**Phone: 1-888-737-6344**
(Note: We do not accept unsolicited resumes.)