# EXHIBIT V

**Case Call**
**January 2013 Session**
Panel 8 at Lansing
David H Sawyer, PJ, and Jane E Markey and Michael J Kelly, JJ.

**Wednesday, January 16, 2013 at 10:00 AM**
Lansing Courtroom, Hall of Justice, 925 W. Ottawa, Second Floor, Lansing

| | | | |
|---|---|---|---|
| 12 | 308024 | PEOPLE OF MI V JERRY DON JOHNSON | |
| | | *Attorneys* | |
| | | PL-AE | JERROLD SCHROTENBOER **Oral Argument Preserved** |
| | | DF-AT | MICHAEL L MITTLESTAT |
| 13 | 308733 | PEOPLE OF MI V ALFRED HARRIS JR | |
| | | *Attorneys* | |
| | | PL-AE | RANDY L PRICE |
| | | DF-AT | NEIL C SZABO **Oral Argument Preserved** |
| 14 | 309733 | PEOPLE OF MI V PARKER MATTHEW AYERS | |
| | | *Attorneys* | |
| | | PL-AE | ROBERT A COONEY |
| | | DF-AT | MICHAEL A FARAONE **Oral Argument Preserved** |
| 15 | 305990 | CHARTER TOWNSHIP OF YPSILANTI V GROVE PARK HOME IMPROVEMENT ASSN | |
| | | *Attorneys* | |
| | | PL-CD-AE | DENNIS O MCLAIN **Oral Argument Preserved** |
| | | PL-CD-AE | JULIE MCCANN O'CONNOR **Oral Argument Preserved** |
| | | DF-CP-XP-TP-AT | DONALD C DARNELL |
| | | DF-XD-AE | THEODORE W SEITZ |
| | | TD-AE | JULIE MCCANN O'CONNOR **Oral Argument Preserved** |
| 16 | 308271 | JOHN R CROMIE V KAREN M CROMIE | |
| | | *Attorneys* | |
| | | PL-AE | SUSAN A WHALEY-BRADY **Oral Argument Preserved** |
| | | DF-AT | GARY P SUPANICH **Oral Argument Preserved** |
| 17 | 308754 | MICHAEL GORBACH V US BANK NATIONAL ASSOCIATION | |
| | | *Attorneys* | |
| | | PL-AT | WILLIAM E MAXWELL JR |
| | | DF-AE | STEPHEN W KING **Oral Argument Preserved** |
| | | DF-AE | MARLA ANN SKELTIS **Oral Argument Preserved** |
| | | DF-AE | STEPHEN P ORMOND |
| 18 | 306696 | PEOPLE OF MI V JOHN WILLIAM BURLEW | |
| | | *Attorneys* | |
| | | PL-AE | JERROLD SCHROTENBOER **Oral Argument Preserved** |
| | | DF-AT | GARY STRAUSS **Oral Argument Preserved** |
| 19 | 308855 | JOHN GUIDOBONO II REVOCABLE TRUST AGREEMENT V SANDRA JONES | |
| | | *Attorneys* | |
| | | PL-AT | ELIZABETH A FAVARO **Oral Argument Preserved** |
| | | DF-AE | BRADFORD L MAYNES **Oral Argument Preserved** |

*Updated on 1/31/2013*