Attached are exhibits to Marshall Isaac's Surreply to Motion