**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CURTIS HERTELL, the Register of Deeds
and Representative of INGHAM COUNTY;
and NANCY HUTCHINS, the Register of Deeds
and Representative of BRANCH COUNTY,
both as Class Representatives of all 83 counties
in the State of Michigan,

                         Plaintiffs,                Case No. 1:12-cv-00174

v.                                     HON.    ROBERT   HOLMES
BELL

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCROPR, INC., JEANNE KIVI,
ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA, N.C.
JP MORGAN CHASE & CO., CHASE HOME MORTGAGE
CORPORATION f/K/a/CHASE HOME FINANCE, WELLS
FARGO BANK, N.A., CITIMORTGAGE, INC., ETITLE AGENCY,
LLC, FEDERAL NATIONAL MORTGAGE ASSOCIATION,
And JOHN DOE as any Other authorized signer for MERS
or MERSCROP, INC., and Defendants JOHN DOE Corporations I-MMM,

                         Defendants.

---

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the Reply for Sanctions Exhibits and this Certificate of

Service was electronically filed on February 19, 2013 with the Western District of

Michigan's e-filing system which will send notification of such filing to all attorneys

of record.

                      <u>/S/ LAURA J. ZERILLO</u>