UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CURTIS HERTEL**, the Register of Deeds and Representative of **INGHAM COUNTY**; and **NANCY HUTCHINS**, the Register of Deeds and Representative of **BRANCH COUNTY**, both as Class Representatives of all 83 counties in the State of Michigan.

       Plaintiffs,

**v.**

**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., MERSCORP, INC., JEANNE KIVI, ELLEN COON, MARSHALL ISAACS, BANK OF AMERICA N.A., JP MORGAN CHASE & CO, CHASE HOME MORTGAGE CORPORATION f/k/a CHASE HOME FINANCE, WELLS FARGO BANK, N.A., CITIMORTGAGE INC., eTITLE AGENCY INC, 1ST CHOICE TITLE SERVICES INC, ATTORNEYS TITLE AGENCY LLC, f/k/a WARRANTY TITLE AGENCY LLC, ,** and **JOHN DOE** as any other authorized signers for **MERS** or **MERSCORP, INC.,** and Defendants **JOHN DOE** Corporations I - MMM,

       Defendants.

_____/

Case No. 1:12-CV-174
HON. ROBERT HOLMES BELL

**ORAL ARGUMENT REQUESTED**

## PLAINTIFFS' EXHIBITS FOR RESPONSIVE MOTIONS TO DISMISS FILED BY DEFENDANTS WELLS FARGO AND JOINT DEFENDANTS

  Exhibit 1 Wells Fargo Exhibit
  Exhibit 2 – Wells Fargo Exhibit
  Exhibit 3A – Wells Fargo ROD Filings
  Exhibit 3B – Wells Fargo ROD Filings
  Exhibit 4A – Bank of America ROD Filings
  Exhibit 4B – Bank of America ROD Filings
  Exhibit 5 – CitiMortgage ROD Filings
  Exhibit 6A – JPMorgan ROD Filings
  Exhibit 6B – JPMorgan ROD Filings
  Exhibit 7 – MERS ROD Filings

                          Respectfully submitted,

                By: /s/ William E. Maxwell, Jr. P35846
                      Attorney for Plaintiffs
                      PO Box 701968
                      Plymouth, MI 48170
                      (734) 323-9760 Direct line

**Dated: February 19, 2013**