UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CURTIS HERTEL**, the Register of Deeds and
Representative of **INGHAM COUNTY**; and
**NANCY HUTCHINS**, the Register of Deeds
and Representative of **BRANCH COUNTY**,
both as Class Representatives of all 83
counties in the State of Michigan.

                           Plaintiffs,

**v.**

**MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., MERSCORP, INC., JEANNE
KIVI, ELLEN COON, MARSHALL ISAACS,
BANK OF AMERICA N.A., JP MORGAN CHASE & CO,
CHASE HOME MORTGAGE CORPORATION f/k/a
CHASE HOME FINANCE, WELLS FARGO BANK, N.A.,
CITIMORTGAGE INC., eTITLE AGENCY INC,
1ST CHOICE TITLE SERVICES INC, ATTORNEYS
TITLE AGENCY LLC, f/k/a WARRANTY TITLE
AGENCY LLC, ,** and **JOHN DOE** as any other authorized
signers for **MERS** or **MERSCORP, INC.,** and Defendants
**JOHN DOE** Corporations I - MMM,

                         Defendants.

Case No. 1:12-CV-174
HON. ROBERT HOLMES BELL

**ORAL ARGUMENT REQUESTED**

_____/

### PLAINTIFFS' EXHIBITS FOR RESPONSIVE MOTIONS TO DISMISS FILED BY DEFENDANTS WELLS FARGO AND JOINT DEFENDANTS

    Exhibit 1 Wells Fargo Exhibit
    Exhibit 2 – Wells Fargo Exhibit
    Exhibit 3A – Wells Fargo ROD Filings
    Exhibit 3B – Wells Fargo ROD Filings
    Exhibit 4A – Bank of America ROD Filings
    Exhibit 4B – Bank of America ROD Filings
    Exhibit 5 – CitiMortgage ROD Filings
    Exhibit 6A – JPMorgan ROD Filings
    Exhibit 6B – JPMorgan ROD Filings
    Exhibit 7 – MERS ROD Filings

Respectfully submitted,

By: /s/ William E. Maxwell, Jr. P35846
Attorney for Plaintiffs
PO Box 701968
Plymouth, MI 48170
(734) 737-0758

**Dated: February 19, 2013**

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2012, I electronically filed the foregoing exhibits with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record.

William Maxwell & Associates
By: /s/ William Maxwell, Jr.
Wm Maxwell, Jr. P35846
Attorney for Plaintiffs
PO Box 701968
Plymouth, MI 48170
Phone: (734) 737-0758