UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| CURTIS HERTEL and NANCY HUTCHINS, | |
| Plaintiffs, | CASE NO.: 1:12-CV-174 |
| | DATE: February 20, 2013 |
| | TIME: 3:00-3:45 |
| v. | PLACE: GR |
| | JUDGE: ROBERT HOLMES BELL |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendants. | |

--------------------------------

## APPEARANCES

Plaintiffs

William E. Maxwell, Jr.
Daniel P. Marsh

Defendant

Gerald V. Padilla, *on behalf of Defendant Marshall Isaacs*

## WITNESSES

## PROCEEDINGS

**NATURE OF HEARING**: Defendant Marshall Isaacs' motion for Rule 11 sanctions. (Dkt. No. 66.) Motion taken under advisement.

Court Reporter: Kevin Gaugier             /s/ William Briggs
                                           LAW CLERK