UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY HUTCHINS, et al.,

      Plaintiffs,                        Case No. 1:12–cv–00174–RHB

v.                                  Hon. Robert Holmes Bell

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

      Defendants.
_____/

## **ORDER**

    IT IS HEREBY ORDERED that Defendants' joint motion to file reply brief in excess of ten pages (Dkt. No. 107) is GRANTED.

    IT IS SO ORDERED.

Dated:  March 13, 2013                          /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    United States District Judge