UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY
HUTCHINS,

    Plaintiffs,        Case No. 1:12-cv-00174

  v.             Hon. Robert Holmes Bell

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
et al.,

    Defendants.

---

**BRIEF IN SUPPORT OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL
<u>AUTHORITY</u>**

 In support of its Motion, Defendants rely on the statements therein and in further support, rely on W.D. Mich. L. Civ. R. 7.2(c) and the pleadings and records on file with the Court.

Dated:  March 19, 2013

1

Respectfully submitted,

| | |
|---|---|
| /s/ Aaron L. Vorce_____ <br> Joseph H. Hickey (P41664) <br> Aaron L. Vorce (P68797) <br> Dykema Gossett PLLC <br> Capitol View <br> 201 Townsend Street, Suite 900 <br> Lansing MI 48933 <br> Tel: (517) 374-9100 <br> jhickey@dykema.com <br> avorce@dykema.com <br><br> *Of Counsel:* <br><br> Mary Beth Hogan <br> DEBEVOISE & PLIMPTON LLP <br> 919 Third Avenue <br> New York, New York 10022 <br> Telephone: 212.909.6996 <br> Facsimile: 212.909.6836 <br> mbhogan@debevoise.com <br><br> *Attorneys for Defendant JPMorgan Chase Bank, N.A.* | /s/ Joseph F. Yenouskas_____ <br> Brian C. Summerfield (P57514) <br> BODMAN PLC <br> 201 W. Big Beaver Road, Suite 500 <br> Troy, MI 48084 <br> (248) 743-6000 <br> bsummerfield@bodmanlaw.com <br><br> Thomas M. Hefferon <br> Joseph F. Yenouskas <br> GOODWIN PROCTER LLP <br> 901 New York Avenue NW <br> Washington, DC 20001 <br> (202) 346-4000 <br> thefferon@goodwinprocter.com <br> jyenouskas@goodwinprocter.com <br><br> *Attorneys for Defendant Bank of America, N.A.* |

2

| | |
|---|---|
| /s/ Thomas V. Panoff<br>Thomas V. Panoff (P68416)<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, Illinois 60606<br>Telephone: (312) 701-8821<br>Facsimile: (312) 706-8297<br>tpanoff@mayerbrown.com<br><br>*Attorneys for Defendant CitiMortgage, Inc.* | /s/ Brian C. Summerfield (*w/ permission*)<br>Brian C. Summerfield (P57514)<br>Bodman PLC<br>6th Floor at Ford Field<br>1901 St. Antoine Street<br>Detroit, Michigan 48226<br>Tel: (313) 259-7777<br>bsummerfield@bodmanlaw.com<br><br>*Of Counsel*:<br><br>Robert M. Brochin<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Boulevard, Suite 5300<br>Miami, Florida 33131-2339<br>Tel: (305) 415-3456<br>rbrochin@morganlewis.com<br><br>*Attorneys for Defendants MERSCORP, Inc.*<br>*n/k/a MERSCORP Holdings, Inc. and*<br>*Mortgage Electronic Registration Systems, Inc.* |

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•CAPITOL VIEW, 201 TOWNSEND STREET, SUITE 900•LANSING, MICHIGAN 48933

3