UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY HUTCHINS,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, et al.,

    Defendants.
_____/

File No. 1:12-CV-174

HON. ROBERT HOLMES BELL

# O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiffs' attorneys, Daniel Marsh and William Maxwell, Jr., are liable to Defendant Marshall Isaacs for attorney fees in the amount of **$8,978.75**.

Dated: March 25, 2013

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE