UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY
HUTCHINS,

        Plaintiffs,

v.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
et al.,

        Defendants.
_____/

File No. 1:12-CV-174

HON. ROBERT HOLMES BELL

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for reconsideration (Dkt. No. 127) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' request for an evidentiary hearing (Dkt. No. 127) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiffs' motion to strike which appeared in Plaintiffs' response to supplemental sealed motion (Dkt. No. 109) is **DENIED** for the reasons stated in the Court's March 25, 2013, opinion.


Date:  <u>April 29, 2013</u>

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE