UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY
HUTCHINS,

        Plaintiffs,

                            File No. 1:12-CV-174

v.

                            HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
et al.,

        Defendants.
_____/

**O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Bank Defendants' motion to file supplemental authority (Dkt. No. 113) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Bank Defendants' motions to dismiss (Dkt. Nos. 76, 78) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Federal Defendants' motion to dismiss (Dkt. No. 80) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiffs' complaint (Dkt. No. 1, Ex. A) is dismissed in its entirety.

**IT IS FURTHER ORDERED** that the non-diverse defendants' motion for entry of judgment pursuant to Federal Rule of Civil Procedure 54(b) (Dkt. No. 83) is **DENIED AS MOOT**.

Dated: May 3, 2013 /s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE