UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY HUTCHINS,

    Plaintiffs,

v.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, et al.,

    Defendants.
_____/

File No. 1:12-CV-174

HON. ROBERT HOLMES BELL

## JUDGMENT

In accordance with the opinion and order entered this date,

**JUDGMENT** is entered in favor of Defendants.

Dated: May 3, 2013

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE