UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS HERTEL and NANCY
HUTCHINS,

      Plaintiffs,

                                      File No. 1:12-CV-174

v.

                                      HON. ROBERT HOLMES BELL

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC,
et al.,

      Defendants.
_____/

## O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that Plaintiffs' motion for reconsideration (Dkt. No. 135) is **DENIED**.


Dated: July 19, 2013                            /s/ Robert Holmes Bell
                                                            ROBERT HOLMES BELL
                                                             UNITED STATES DISTRICT JUDGE