**United States District Court for the** _____
**District of** _____

_____
_____
_____

**Plaintiff,**

vs.                                                                                      **CASE NO.**_____

_____
_____
_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that _____, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from _____
(the final judgment) (from an
_____ entered in this action on the _____ day of
order (describing it))
_____, _____.

(s)_____

Address:_____
_____
_____

Attorney for _____

cc: Opposing Counsel \_\_\_
    Court of Appeals \_\_\_

6CA-3
1/99

CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record.

BY: /s/ William E. Maxwell, Jr.
William E. Maxwell, Jr. P35846
Attorney for Plaintiffs
PO BOX 701968
Plymouth, MI 48170
(734) 737-0758
Email: wmaxwell@aol.com