UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY HUTCHINS, et al.,

       Plaintiffs,               Case No. 1:12–cv–00174–RHB

   v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, et al.,

       Defendants.
_____/

## **CLERK'S NOTICE**

The clerk's office has reviewed the following recent filing and notifies the filer as follows:

TO:  William E. Maxwell , Jr.

RE:  Notice of Appeal – #139
Notice of Appeal – #140

REASON FOR NOTICE:   The court is not able to view the document, it appears to be blank.

RECOMMENDED ACTION:   The correct original document should be published to PDF format and electronically filed as corrected. Reference CORRECTED both in the heading of the document as well as the docket text of the entry, if available.

INFORMATION FOR FUTURE REFERENCE:   It is recommended that users right−click the PDF file name to open the document prior to upload. This provides an opportunity to view the document about to be filed, and ensure that it is legible.

For further assistance, please contact the ECF Help Desk at ecfhelp@miwd.uscourts.gov, or by phone at (800) 290−2742 or (616) 456−2206.

                                    TRACEY CORDES
                                    CLERK OF COURT

Dated:  August 12, 2013       By:  /s/ J. Manders_____
                                    Deputy Clerk