**United States District Court for the** Western

**District of** Michigan

Ingham County

Branch County

_____

**Plaintiff,**

vs.                                                                                   CASE NO. 1:12-CV-174

Mortgage Electronic Registration Systems, et al

_____

_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that County of Ingham & County of Branch, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from final judgment dismissing
(the final judgment) (from an
all claims, including all other orders entered in this action on the ____3rd____ day of
order (describing it))
_____May_____, _2013_.

(s) William E. Maxwell, Jr. P35486

Address: PO Box 701968

Plymouth, Michigan 48170

(734) 323-9760

Attorney for Ingham and Branch counties

cc: Opposing Counsel ✓
    Court of Appeals ☐

6CA-3
1/99

CERTIFICATE OF SERVICE

      I hereby certify that on August 9, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record.


BY: /s/ William E. Maxwell, Jr.
William E. Maxwell, Jr. P35846
Attorney for Plaintiffs
PO BOX 701968
Plymouth, MI 48170
(734) 737-0758
Email: wmaxwell@aol.com