United States District Court for the western

District of Michigan

Ingham County

Branch County

_____

**Plaintiff,**

vs.                                                                                          CASE NO. 1:12-CV-174

Mortgage Eelctronic Registration Systems, et al

_____

_____

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Daniel P. Marsh & William E. Maxwell Jr, hereby appeal
(here name all parties taking the appeal)
to the United States Court of Appeals for the Sixth Circuit from final judgment dismissing
(the final judgment) (from an
all claims, and sanction orders entered in this action on the 3rd day of
order (describing it))
May, 2013.

(s) William E. Maxwell, Jr. P35486

Address: PO Box 701968

Plymouth, Michigan 48170

(734) 323-9760

Attorney for Interested Parties

cc: Opposing Counsel ✓
Court of Appeals ☐

6CA-3
1/99

CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system that will send notification of such filing to all attorneys of record.

BY: /s/ William E. Maxwell, Jr.
William E. Maxwell, Jr. P35846
Attorney for Parties
PO BOX 701968
Plymouth, MI 48170
(734) 737-0758
Email: wmaxwell@aol.com