**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 05, 2013

Mr. Joseph Aviv
Mr. Robert M. Brochin
Mr. Michael Joseph Ciatti
Mr. Jeffrey Charles Gerish
Mr. Thomas M. Hefferon
Ms. Mary Elizabeth Hogan
Mr. Michael A. F. Johnson
Mr. William E. Maxwell Jr.
Mr. Timothy Brian Myers
Ms. Lucia Nale
Mr. Gerald Vincent Padilla
Ms. Ann Marie Uetz

Re:  Case No. 13-2108/13-2109, *Curtis Hertel, et al v. Mtg. Elec. Regis. Sys., Inc., et al*
      Originating Case No. : 1:12-cv-00174

Dear Counsel,

   This letter is being sent as a courtesy to all attorneys of record in both of the above related cases. Case opening forms are due to be filed by the end of day today, September 5, 2013. I have two primary concerns that I want to bring to your attention.

   My first concern is directed to counsel for appellants. Please note that the appellants are different for each case. Curtis Hertel and Nancy Hutchins are appellants in 13-2108 only, and their attorneys are the appellants in 13-2109 only. Please be sure to caption all filings accordingly and file forms only on behalf of the appellants in the specific case you are working on. If you have any questions that are not answered by the official caption that was enclosed with each respective case opening letter, please contact your case manager listed below.

   My second concern is directed to all attorneys of record for all appellees. It appears to me that the appellees are the same in both cases. Therefore, since these cases are not consolidated, you must file your appearance form in both cases. I have noticed that I have received some in one case but not the other. Also, any Corporate Disclosure Statements that are required will need

to be filed in both cases. If you have already filed your forms in both cases, please disregard this letter.  Again, if you have any questions, please contact your case manager listed below.

                                        Sincerely yours,

                                        s/Laura A. Jones
                                        Case Manager
                                        Direct Dial No. 513-564-7023

cc:  Mr. Matthew J. Boettcher
     Mr. Howard N. Cayne
     Ms. Tracey Cordes
     Mr. Joseph Howard Hickey
     Mr. Thomas V. Panoff
     Mr. Dirk C. Phillips
     Mr. Bruce L. Segal
     Mr. Brian C. Summerfield
     Mr. Aaron L. Vorce
     Ms. Jill M. Wheaton
     Mr. Joseph F. Yenouskas